IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No. 4:14CR00248 |
| SYLVESTER CALDWELL, | ) | |
| Defendant. | ) | |

## WAIVER OF PRETRIAL MOTIONS

COMES NOW Defendant, by and through counsel, and waives pretrial motions concerning all discovery received by Defendant at this time. Counsel for Defendant has discussed this matter with Defendant and Defendant concurs in the decision to waive the filing of pretrial motions.

Respectfully submitted,

SINDEL, SINDEL & NOBLE P.C.

/s/ Travis L. Noble, Jr.
TRAVIS L. NOBLE, JR. #50389 MO
Attorney for Defendant
8000 Maryland Ave., Ste. 350
Clayton, MO 63105
314-721-6040/314-721-8545 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 21ST day of October, 2014, a copy of the foregoing **WAIVER OF PRETRIAL MOTIONS** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

/s/ TRAVIS L. NOBLE, JR.