UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14 CR 248 CDP |
| ) | |
| SYLVESTER CALDWELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter is set for **Tuesday, July 7, 2015 at 2:00 p.m.** in Courtroom 14-South. All Objections to the presentence report must be filed no later than **June 16, 2015.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **June 23, 2015** except that a response to a sentencing memorandum may be filed no later than **June 25, 2015.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2015.