UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:14CR00248 |
| | ) | |
| | ) | |
| SYLVESTER CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE**

Comes now Defendant, by and through counsel, and hereby notifies the Court that his Objections to Presentence Report were emailed to AUSA Reginald Harris on June 16, 2015 and were emailed to Pretrial Officer Ryan Wilke and AUSA Reginald Harris on June 18, 2015.

Respectfully submitted,

SINDEL, SINDEL & NOBLE P.C.

/s/ Grant C. Boyd
GRANT C. BOYD #67362 MO
Attorney for Defendant
8000 Maryland Ave., Ste. 350
Clayton, MO  63105
314-721-6040/314-721-8545 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June 2015, a copy of the foregoing **NOTICE** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

/s/ GRANT C. BOYD