UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:14CR00248 |
| ) | |
| SYLVESTER CALDWELL, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant, by and through counsel, and requests a continuance of the sentencing set for July 7, 2015 and in support there of states:

1. Counsel for Defendant Travis Noble, has a #1 setting for jury trial in the case of *State of Missouri v. John Marsh*, Cause No. 1311-CR01444.

2. Counsel has spoken with AUSA Reginald Harris whom consents to the sentencing being reset.

3. The parties would request that the sentencing be rescheduled for July 6, 2015 at either 9:30 a.m. or 2 p.m.

Wherefore, Defendant respectfully requests this Court to reschedule the sentencing to July 6, 2015 for the foregoing reasons.

Respectfully submitted,

SINDEL, SINDEL & NOBLE P.C.

/s/ Travis L. Noble, Jr.
TRAVIS L. NOBLE, JR. #50389 MO
Attorney for Defendant
8000 Maryland Ave., Ste. 350
Clayton, MO 63105
314-721-6040/314-721-8545 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2015, a copy of the foregoing **MOTION TO CONTINUE** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

/s/ Travis L. Noble, Jr.